# United States District Court

**SOUTHERN** **DISTRICT OF** **TEXAS**
McALLEN DIVISION

UNITED STATES OF AMERICA
v.
**Eric Alvarado**
YOB: 1984 COB: United States

United States Courts Southern
District of Texas
FILED

*12/25/2022*

Nathan Ochsner, Clerk of Court

## CRIMINAL COMPLAINT

Case Number:
**M-22-2554-M**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about **December 24, 2022** in **Starr** County, in the **Southern** District of **Texas**

*(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact Lucio Gilberto Menendez-Lopez, a citizen and national of Guatemala, for a total of one (1) who had entered the United States in violation of law, did knowingly transport, or move or attempted to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near Roma, Texas to the point of arrest near Roma, Texas,**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii) FELONY**

I further state that I am a **U.S. Border Patrol Agent** and that this complaint is based on the following facts:

On December 24, 2022, at approximately 12:40 p.m., the Tactical Operations Center at the Rio Grande City Border Patrol station was alerted of an image of one (1) suspected non-citizen south of the border wall in Fronton, Texas. A responding agent proceeded to position himself near a road, commonly used for smuggling activities, north of where the subject was seen on the image.

At approximately 1:55 p.m., the agent observed a subject, matching the image, jump a gate on the road. The agent also heard a vehicle turning onto the road. Subsequently, the agent asked the camera operator to immediately surveil the area. The camera operator then observed a silver Ford Mustang drive south on the road and stop to pick-up the subject. The Mustang returned north and turned east on a Farm to Market (FM) road. Simultaneously, a responding agent driving west on the FM road located the silver Mustang. The agent noted the Mustang was the only vehicle in the area, with two visible occupants. The agent made a U-turn and activated his emergency equipment to conduct an immigration inspection.

The driver was identified as Eric Alvarado, a United States citizen. The front passenger was identified as Lucio Gilberto Mendez-Lopez, a Guatemalan citizen, illegally present in the United States. Both subjects were arrested and taken to the Rio Grande City Station for processing.

Continued on the attached sheet and made a part of this complaint: [X] Yes [ ] No

Complaint authorized by AUSA E. Flores

**Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:**

December 25, 2022 @ 1:07 p.m.
Date

Juan F. Alanis , U. S. Magistrate Judge
Name and Title of Judicial Officer

/s/ Shakira Singho
Signature of Complainant

Shakira Singho     Border Patrol Agent
Printed Name of Complainant

at McAllen, Texas
City and State

/signature/
Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

**ATTACHMENT TO CRIMINAL COMPLAINT:**

**M-22-2554-M**

**RE:** Eric Alvarado

**CONTINUATION:**

**PRINCIPAL STATEMENT:**

Eric Alvarado, a United States citizen, was read his Miranda Rights. He understood and his Rights and agreed to provide a statement.

Alvarado stated he picked up one (1) person to help him with his grass cutting business. Alvarado admitted he did not know the person, so an acquaintance told him where to pick him up. He said when he picked up the man in a grey Ford Mustang, he told him to get in and put on his seatbelt. He added he was stopped by immigration moments later. Alvarado admitted he was going to be paid $100 for picking up the man but did not know where he was going to drop him off. Alvarado added he was arrested four (4) years ago for alien smuggling.

**MATERIAL WITNESS STATEMENT:**

Lucio Gilberto Menendez-Lopez, a citizen and national of Guatemala, was read his Miranda Rights. He understood and his Rights and agreed to provide a statement.

Menendez stated he arranged to be smuggled to New York and paid $7,500. He said he crossed the Rio Grande River with another person by walking. Menendez said before crossing the river, he was shown the pick-up location on his phone, and was told a two-door vehicle would be waiting for him. Menendez added he jumped a fence and was separated from the person he crossed with because he could not jump the fence. He said once he arrived at the location, a grey two-door vehicle was parked, and he asked the driver for a ride. Menendez added the driver told him to get inside the vehicle. Menendez said the driver was wearing a beige jacket and was approximately forty (40) years old.